# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 30, 2004

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 02-3738

| | |
|---|---|
| ESTEBAN MONTAÑO, *et al.*,<br>  *Plaintiffs–Appellees*,<br><br>  *v.*<br><br>CITY OF CHICAGO, *et al.*,<br>  *Defendants-Appellants*. | Appeal from the United States<br>  District Court for the<br>  Northern District of Illinois,<br>  Eastern Division.<br><br>No. 97 C 8035<br><br>**John C. O'Meara,** * *Judge.* |

## ORDER

On July 13, 2004, this Court issued its opinion in this case. By letter dated July 14, 2004, the City of Chicago brought several concerns to our attention. To the extent that the letter was designed to be a petition for rehearing, we hereby **DENY** it. We make the following technical corrections to the opinion:

---

* Of the Eastern District of Michigan, sitting by designation.

Slip Op. p.3, line 3 should read as follows:

> "Atliano and LaFrancis, who claimed to be responding to"

Slip Op. p.3, line 6, should read as follows:

> "ensuing pat-down for weapons, Officer Atilano allegedly"

Slip Op. p.16, section IV, should read as follows:

> "We **VACATE** the September 25 order insofar as it dismissed the supplemental state-law claims and **REMAND** to the district court for further proceedings consistent with this opinion. Circuit Rule 36 shall apply on remand."